✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     08 Mag. 932

      v.                          :     **NOTICE OF INTENT TO**
                                                **FILE AN INFORMATION**

JORGE FLORES,                     :

           Defendant.         :

- - - - - - - - - - - - - - - - X

**JUDGE PRESKA**

**08 CRIM 766**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
          August 8, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

          By: _____
              MICHAEL D. MAIMIN
              Assistant United States Attorney

                    AGREED AND CONSENTED TO:

          By: _____
              DAVID TOUGER, ESQ.
              Attorney for Jorge Flores

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08