UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                    :

JORGE FLORES,                   :    08 Cr. ___ (LAP)

          Defendant.          :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.  On or about April 10, 2008, in the Southern District of New York, JORGE FLORES, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).)

## FORFEITURE ALLEGATION

2.  As a result of committing the controlled substance offense alleged in Count One of this Information, JORGE FLORES, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to

facilitate the commission of the violations alleged in Counts One of this Information.

       3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

       a.    cannot be located upon the exercise of due diligence;

       b.    has been transferred or sold to, or deposited with, a third person;

       c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value; or

       e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JORGE FLORES,**

Defendant.

**INFORMATION**

08 Cr. ___ (LAP)

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(B))

MICHAEL J. GARCIA
United States Attorney.