UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :    08 Cr. 766

     v.                          :    WAIVER OF INDICTMENT

JORGE FLORES,                  :

          Defendant.         :

- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                                                  _____
                                                  JORGE FLORES
                                                  Defendant

                                                  _____
                                                  Witness

                                                  _____
                                                  DAVID TOUGER, ESQ.
                                                  Counsel for Defendant

Date:  New York, New York
      August 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 13 2008

0202