```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

JORGE FLORES,
                              Defendant.
------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 17
DATE FILED: 8/28/08

ORDER

08 Mag. 932

08CR766 (LAP) ← File in

**Now Upon Hearing and Finding**, that Jorge Flores has deposited $10,000.00 with the Clerk of the Court (Receipt # E655304) and that Mr. Flores has been remanded to the custody of the BOP. Upon the request of Jorge Flores and his attorney David Touger, Esq. that Mr. Flores' bail be exonerated and the funds returned to David Touger, Esq.

**It is Ordered and Decreed**, that the Clerk of the Court exonerate Mr. Flores' cash bail deposit in the amount of $10,000 and issue a refund check to David Touger, Esq.

SO ORDERED:

_____
Honorable James C. Francis IV
United States District Court Magistrate

Dated: 8/27/08

MICROFILMED AUG 2 8 2008 -3 00 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      AFFIDAVIT

        -against-

                      08 MAG 0932

JORGE FLORES,
                Defendant.
------------------------------------------------------------X

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

Jorge Flores, being duly sworn, deposes and says:

1. I am the defendant in the above matter.

2. This affidavit is submitted in support of the defendant's motion to assign his interest in the $10,000.00 cash bail to his attorney, David Touger of Peluso & Touger, LLP.

3. As part of my bail package I posted $10,000.00 cash bail with this Court.

4. I have hired David Touger, Esq. to represent me in this matter and I am fully satisfied with his work.

5. After due consideration I wish to assign my interests in the afore-mentioned $10,000.00 to David Touger, Esq. of Peluso & Touger, LLP for the services he has rendered to me in this matter.

6. I make this assignment voluntarily and for services rendered.

                                                          _____
                                                          JORGE FLORES

Sworn to before me this
____ day of July, 2008
_____
Notary Public

PEI PEI CHENG
Notary Public, State of New York
No. 02C_____4164
Qualified ___ Kings County
Commission Expires September 17, 2005

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 655304

at _____

RECEIVED FROM  Peluso & Touger LLP
M19-1-12624 / 08mag932
USA-v-Jorge Flores
Cash Bail

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK:

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |